## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

JACK REASNER WESTLEY, JR.          Case No: 8:13-bk-0208-MGW
CYNTHIA LEE WESTLEY,

     Debtor(s)
_____/

## AMENDED CHAPTER 13 PLAN
[ Amended #5]

**CHECK ONE:**

__X__  The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case.  Any nonconforming provisions are deemed stricken.

_____  The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 5 below.  Any nonconforming provisions not set forth in paragraph 5 are deemed stricken.

**1.  MONTHLY PLAN PAYMENTS:**  Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date.  Debtor[1] to pay to the Trustee for the period of sixty (60) months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.  $148.00 for months one  through two (2); and

B.  $103.00 for months three through sixty (60).

in order  to pay the following creditors:

**2.  ADMINISTRATIVE ATTORNEY FEE: $3,500.00    TOTAL PAID $3,500.00**

Balance Due $0.00                    Payable Through Plan $0.00   Monthly

**3.  PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**                                    **Total Claim**

_____

[1]  All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Internal Revenue Service _____ $2,000.00 _____

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS**:

   **Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)©. If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Pmt. in Plan |
|---|---|---|
| None | | |

   **(A)  Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Estimated Payment |
|---|---|---|
| None | | |

   **(B)  Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Collateral | Arrearages |
|---|---|---|
| None | | |

2

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

**Name of Creditor     Collateral          Payment Amt (at 31%)**

None

**(D)     Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

**Creditor       Collateral       Ad. Prot. Pmt.     Sec. Balance     Interest @_____%**

None

**(E)     Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

**Creditor       Collateral       Ad. Prot Pmt. in Plan   Value   Interest @ _____%**

None

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

**Name of Creditor     Collateral       Ad. Prot. Pmt. in Plan        Arrearages**

None

**(G)   Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims /lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law

3

contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
| --- | --- |
| Chrysler Financial | 07 Dodge Ram |
| Regions Bank | 06 Chevrolet Malibu |

**(H)  Surrender of Collateral/Leased Property:**  Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan.  Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
| --- | --- |
| Joe G. Tedder, Tax Collector | 6383 Tierra Vista Circle |
| Regions Bank | 6383 Tierra Vista Circle |
| Springleaf Financial | 6383 Tierra Vista Circle |
| HSBC/Kawaski | 09 Ninja 250 |

## SECURED – LIENS TO BE AVOIDED/STRIPPED:

| Name of Creditor | Collateral | Estimated Amount |
| --- | --- | --- |
| None | | |

## LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
| --- | --- | --- | --- |
| Verizon Wireless | None | Assume | $0.00 |

**GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $4,000.00.

4

## ADDITIONAL PROVISIONS:

1.    Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2.    Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3.    Property of the estate (check one)*

    a.    _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    b.    __X__ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4.    The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5.    Case Specific Provisions: _____
_____
_____
_____

JACK REASNER WESTLEY, JR.                    Dated: 16 Apr. 2013

CYNTHIA LEE WESTLEY,                          Dated: 16 Apr 2013

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22 day of April, 2013, a true and correct copy of the foregoing has been furnished by ■ CM/ECF Electronic Mail to:

Buddy D. Ford, *Attorney for Debtors*, Buddy@tampaesq.com,Nancy@tampaesq.com;

Jonathan@tampaesq.com; Eric@tampaesq.com; Peggy@tampaesq.com; Kevin@tampaesq.com; Staci@tampaesq.com

Bert Echols, bechols@evanspetree.com, belvert@evanspetree.com

Kelly E Elkins, kellye@keelegal.com, alysonr@keelegal.com;jasonm@keelegal.com

Terry E Smith, ecf@ch13tampa.com

and by ■ Regular U.S. Mail to:

Capital One, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712;

Jack Reasner Westley, Jr. And Cynthia Lee Westley, 6383 Tierra Vista Circle, Lakeland, FL 33813; and

Matrix.

Respectfully submitted,

BUDDY D. FORD, P.A.,

_Buddy D. Ford, Esquire (FBN: 0654711)_
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
Eric D. Jacobs, Esquire (FBN: 85992)
Email: Eric@tampaesq.com
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: *Nancy@tampaesq.com*
Attorney for Debtors

6

Label Matrix for local noticing
113A-8
Case 8:13-bk-02808-MGW
Middle District of Florida
Tampa
Tue Apr 16 10:14:31 EDT 2013

TD Auto Finance LLC
c/o Bert Echols
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120-4036

Michael G. Williamson
Tampa

Capital One, N.a.
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank South Dakota
c/o CACH LL
4340 South Monaco St
2nd Floor
Denver, CO 80237-3408

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Fed Loan Serv
PO Box 69184
Harrisburg, PA 17106-9184

Gemb/walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Hsbc Bank
PO Box 5253
Carol Stream, IL 60197-5253

Internal Revenue Service
600 Arch Street
Room 5200
Philadelphia, PA 19106-1611

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Cynthia Lee Westley
1600 Georgetown Drive
Lakeland, FL 33811-4480

Bank Of America
Attn: Recovery Dept
4161 Peidmont Pkwy.
Greensboro, NC 27410-8119

Chase
PO Box 15298
Wilmington, DE 19850-5298

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202-2120

Dept Of Ed/sallie Mae
PO Box 9635
Wilkes Barre, PA 18773-9635

Friedmans Jewelers
Moneterey Financial
4095 Avenida De La Plata
Ocean Side, CA 92056-5802

Global Client Solutions LLC
4500 South 129 East Ave
Ste 177
Tulsa, OK 74134-5870

Hsbc/Kawasaki
Attention: Bankruptcy
PO Box 5216
Carol Stream, IL 60197-5216

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Jack Reasner Westley Jr.
1600 Georgetown Drive
Lakeland, FL 33811-4480

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Chrysler Financial/TD Auto Finance
Attention: Bankruptcy
PO Box 860
Roanoke, TX 76262-0860

Credit Control LLC
5757 Phantom Drive
Ste 330
Hazelwood, MO 63042-2429

Dept. of Justice, Tax Div
PO Box 14198
Benjamin Franklin Station
Washington, DC 20044-4198

GE Capital Retail Bank
c/o CACH LLC
4340 South Monaco St.
2nd Floor
Denver, CO 80237-3408

HSBC Auto Finance
Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Hsbc/ms
PO Box 3425
Buffalo, NY 14240-3425

Internal Revenue Service-13
Centralized Insolvency Oper
PO Box 7346
Philadelphia, PA 19101-7346

JH Capital Group
5230 Las Vigenes Road
Ste 265
Calabasas, CA 91302-3459

Joe G. Tedder, CFC
Polk County Tax Collector
PO Box 2016
Bartow, FL 33831-2016

Kohls/capone
PO Box 3115
Milwaukee, WI 53201-3115

Lane Bryant/WFNNB
PO Box 182685
Columbus, OH 43218-2685

Lowe's/GEMB
PO Box 530914
Atlanta, GA 30353-0914

Lowes / MBGA / GEMB
PO Box 103104
Po Box 103104
Roswell, GA 30076-9104

Monterey Financial Svc
PO Box 5199
Oceanside, CA 92052-5199

Rac Acceptance
5501 Headquarters Dr
Plano, TX 75024-5837

Regions Bank
PO Box 11007
Birmingham, AL 35288-0001

Sallie Mae
501 Bleecker St
Utica, NY 13501-2401

Sams Club / GEMB
PO Box 103104
Roswell, GA 30076-9104

Sears/cbna
PO Box 6282
Sioux Falls, SD 57117-6282

TD Auto Finance LLC
Trustee Lockbox
P.O. Box 9001897
Louisville, KY 40290-1897

Target Credit Card (TC)
Mailstop BT
PO Box 9475
Minneapolis, MN 55440-9475

The Affiliated Group Inc.
3055 41st NW Ste 100
Rochester, MN 55901-9013

U.S. Attorney General
10th St.&Constitution Ave.NW
Washington, DC 20530-0001

US Securities &Exchange Comm
Atlanta Regional Office
Reorganization Branch, 950 E
Paces Ferry Rd, NE, Ste.900
Atlanta, GA 30326

Walmart/GEMB
PO Box 530927
Atlanta, GA 30353-0927

Wells Fargo Hm Mortgag
PO Box 10335
Des Moines, IA 50306-0335

Wffnb/rooms To Go
PO Box 94498
Las Vegas, NV 89193-4498

Wfnnb/friedm
Attention: Bankruptcy
PO Box 182685
Columbus, OH 43218-2685

Wfnnb/lanebr
4590 E Broad St
Columbus, OH 43213-1301

Terry E Smith +
PO Box 6099
Sun City Center, FL 33571-6099

Buddy D. Ford +
115 N. MacDill Avenue
Tampa, FL 33609-1521

Bert Echols +
Evans Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120-4036

Kelly E Elkins +
Kelly E Elkins PA
200 South Andrews Avenue
Suite 100
Fort Lauderdale, FL 33301-2000

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Springleaf Home Equity, Inc. F/K/A American
1200 S. Pine Island Rd.
Plantation, FL 33324

(d)Springleaf Financial S
903 N Wilson Ave
Bartow, FL 33830

(d)Springleaf Financial Services
WINDFAIR PROFESSIONAL CENTER
2533 WINDGUARD CIR STE 101
WESLEY CHAPEL FL 33544-7348

(d)Springleaf Financial Svcs
PO Box 3251
Evansville, IN 47731

End of Label Matrix
Mailable recipients    55
Bypassed recipients     0
Total                  55